SEALED

ORIGINAL LODGED
JUL 2 5 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 2 7 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR.S-05-254 MCE |
| Plaintiff, |  |
| v. | [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| TALAT KABIL, |  |
| Defendant. |  |

GOOD CAUSE APPEARING, it is hereby ordered that the July 26, 2005 Status Conference be continued to August 23, 2005. It is further ordered that time be excluded pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4.

Dated: JUL 27 2005

_____
MORRISON C. ENGLAND, JR.
United States District Judge