McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-0254 MCE |
| ) | |
| Plaintiff, ) | GOVERNMENT'S APPLICATION TO |
| ) | UNSEAL COMPLAINT AFFIDAVIT; |
| v. ) | ORDER THEREON |
| ) | |
| TALAT KABIL, ) | |
| ) | |
| Defendant. ) | |

The United States hereby moves this Court for an order unsealing the affidavit underlying the complaint.  A separate complaint has been filed against the co-conspirator named in the affidavit, and the government intends to take her into custody shortly.

///
///
///
///
///
///
///
///

1

1     The affidavit was the only remaining document filed under seal in
2 this case.  Upon the unsealing of the affidavit, all documents in this
3 case should be public.

4                                Respectfully submitted,

5 Dated: August 17, 2005       McGREGOR W. SCOTT
                                 United States Attorney
6

7                         By: /s/ Camil A. Skipper
                               CAMIL A. SKIPPER
8                                Assistant U.S. Attorney

9

10

11                                 **ORDER**

12    Upon application of the United States, good cause having been
13 shown, IT IS HEREBY ORDERED that the affidavit underlying the
14 complaint be unsealed.

15    **SO ORDERED.**

16

17 DATED: August 19, 2005

18

19

20                              _____
                              MORRISON C. ENGLAND, JR
21                               UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28