```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone (916) 554-2709
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  )  CR. NO. S-05-0254 MCE
                               )
12             Plaintiff,      )  GOVERNMENT'S APPLICATION TO
                               )  UNSEAL COMPLAINT AFFIDAVIT;
13        v.                   )  ORDER THEREON
                               )
14  TALAT KABIL,               )
                               )
15             Defendant.      )
16
17     The United States hereby moves this Court for an order unsealing
18  the affidavit underlying the complaint.  A separate complaint has been
19  filed against the co-conspirator named in the affidavit, and the
20  government intends to take her into custody shortly.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

The affidavit was the only remaining document filed under seal in this case. Upon the unsealing of the affidavit, all documents in this case should be public.

Respectfully submitted,

Dated: August 17, 2005    McGREGOR W. SCOTT
United States Attorney

By: /s/ Camil A. Skipper
CAMIL A. SKIPPER
Assistant U.S. Attorney

**ORDER**

Upon application of the United States, good cause having been shown, IT IS HEREBY ORDERED that the affidavit underlying the complaint be unsealed.

**SO ORDERED.**

DATED: August 19, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE