UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      No. 2:05-cr-00254-MCE

       Plaintiff,

  v.                              **ORDER**

TALAT KABIL,

       Defendant.
_____/

    The Court finds that the time for the filing of an appeal should be extended for a period not to exceed thirty (30) calendar days from the expiration of the time for filing a notice of appeal. Good cause exists for this extension of time in light of the fact Appellant's trial counsel recently passed away unexpectedly after surgery. New counsel for Appellant has been appointed and will need time to become acquainted with the case.

    IT IS SO ORDERED.

DATED: July 11, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE