KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 357
Sacramento, California  95814
Telephone: (916) 731-8811

Attorney for Appellant
Talat Kabil

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | USDC No. 2:05-cr-254-MCE |
| ) | USCA No. 06-10160 |
| Plaintiff/Appellee, ) | |
| ) | |
| v.  ) | |
| ) | **ORDER** |
| TALAT KABIL, ) | |
| ) | |
| Defendant/Appellant. ) | |
| _____ ) | |

**GOOD CAUSE APPEARING** the court reporter is ordered to prepare a transcript of the hearing in the case which occurred on October 11, 2005, including the portion previously sealed by this Court.  It is further ordered that the court reporter provide a copy of the of the entire transcript, including the sealed portion, to defendant/appellant's counsel, Krista Hart.  It is further ordered that the sealed portion of the transcript remain sealed unless and until the defendant/appellant places the subject and details of the hearing at issue in the appeal.

DATED: August 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE